## OSAGE HOMESTEAD CORPORATION, a Missouri Corporation, d/b/a St. Charles Drilling Company, Plaintiff–Respondent,

v.

## CITY OF NEW FLORENCE, Missouri, Defendant–Appellant.

### No. 54375.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 13, 1988.

Wayne T. Schoeneberg, St. Charles, for defendant-appellant.

Frederick W. Drakesmith, St. Charles, for plaintiff-respondent.

### ORDER

PER CURIAM.

Defendant appeals from an adverse judgment in plaintiff's action for breach of contract. We affirm. The trial court's judgment is reviewable under Rule 73.01, is supported by substantial evidence and is not against the weight of the evidence; no error of law appears; and an extended

opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).